UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON
CRIMINAL MINUTES – SENTENCING

Case No.   5:25-cr-108-KKC-MAS-1          At  Lexington          Date  May 15, 2026

USA vs Hao Qiu          X  present    X  custody    ___  bond    ___  OR   Age  ____

DOCKET ENTRY: The parties appeared for sentencing as noted. The Defendant was assisted by Mandarin Interpreter, Mae Harman, who was sworn prior to the proceeding. The Court heard testimony and argument as to the Defendant's objections to Presentence Report. For the reasons stated more fully on the record, the Court OVERRULES the defendant's objections to the Presentence Report. The Court adopts the Presentence Report, including guideline calculations, prepared by the United States Probation Office as its findings. The Court dismisses Counts 2 and 3 of the Indictment per the plea agreement. There were no objections to the sentence as stated. The Court's Advice of Right to Appeal was interpreted for the defendant by the interpreter.

PRESENT:   HON. KAREN K.  CALDWELL, U.S. DISTRICT JUDGE

| Kimberly Marsh | Lauren Gootee | Mae Harman | Andrew Boone |
|---|---|---|---|
| Deputy Clerk | Court Reporter | Interpreter | Assistant U.S. Attorney |

Counsel for Deft     Pamela Perlman      X  present          ___  retained     X  appointed

PROCEEDINGS:  **SENTENCING** (Evidentiary)

  X      Objections to Presentence Report OVERRULED.

_____     No objections to Presentence Report.

_____     The Court Reporter shall transcribe the proceeding of the hearing on the Objections to the Presentence Report and file in the record.

  X      Court's Advice of Right to Appeal provided to defendant.

  X      Transcript shall be deemed as written findings of Court.

  X      Judgment shall be entered (See Judgment & Commitment.)

_____     Defendant to remain on bond and on conditions of release previously imposed.

  X      Defendant remanded to custody of the USM.

Copies:  COR, USP, USM

Initials of Deputy Clerk     km
TIC:1 hr./16 mins.